978, 140 L.Ed.2d 43 (1998). The case-or-controversy requirement demands that "some concrete and continuing injury other than the now-ended incarceration or parole—some 'collateral consequence' of the conviction—must exist if the suit is to be maintained." *Id.* at 7, 118 S.Ct. 978.

Upon revoking her supervised release, the district court sentenced Colin–Garcia to 15 months of imprisonment, but the court did not impose any additional term of supervised release. During the pendency of this appeal, Colin–Garcia completed her term of imprisonment and has been discharged from prison. Accordingly, there is no case or controversy for us to address.

For the foregoing reasons, this appeal is DISMISSED as moot, and counsel's motion to withdraw is DENIED as unnecessary.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Roberto Diaz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Diaz has filed a response. Our independent review of the record, counsel's brief, and Diaz's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Roberto DIAZ, Defendant–Appellant.**

**No. 09–50373**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Gregory L. Ahlgren, Ahlgren Law Firm, Laredo, TX, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rodolfo LERMA–RIOJAS,**
**Defendant–Appellant.**

**No. 09–41168**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.